IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NORMAN AGUILAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil No. 06-1377-TC |
| v. | ) | |
| | ) | ORDER |
| CHARLES DANIELS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Magistrate Judge Thomas M. Coffin filed his Findings and
Recommendation on October 17, 2006.  The matter is now before
me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my
obligation to give the factual findings de novo review.  Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d
452, 454 (9th Cir. 1983).  Having reviewed the legal principles
de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#2) is denied on the ground that petitioner's brief indicates he has not exhausted available administrative remedies. This proceeding is dismissed without prejudice. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this _____16th_____ day of _____Nov._____, 2006.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER